COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                              DATE: 1/5/07
❒ BOND HEARING
❒ DETENTION HEARING                               DIGITAL Recording : 1:06 -1:17
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

PRESIDING MAG. JUDGE: Wallace Capel, Jr.     DEPUTY CLERK: Wanda A. Robinson
CASE NO: 2:06cr285-WKW                       DEFENDANT NAME: Darryl Andre Kennedy
AUSA:  Clark Morris                          DEFT. ATTY:   Debra Nickson
                                             Type Counsel: (x )Retained; ( ) CJA; ( ) Waived; ( ) FPD

PTSO:   Sandra Wood                          USPO: _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present   (√ ) NO; ( ) YES        Name:

| | |
|---|---|
| √ | Date of Arrest 1/5/07 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.   Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ❒ | Deft. First Appearance without Counsel |
| ❒ | Requests appointed Counsel |
| ❒ | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* |
| ❒ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained |
| ❒ | ❒ Government's ORAL  Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $. 10,000.00 |
| ❒ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered.  ❒ Set for |
| √ | DISCOVERY DISCLOSURE DATE:  1/12/07 |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | CRIMINAL TERM: 4/23/07*         PRETRIAL: 2/16/07 @ 9:00 a.m. |

*Due to extensive discovery the case may require considerable time for preparation and
 therefore is set on a  term outside the 70 days allotted by the Speedy Trial Act.