IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE
DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JAN 12 P 3: 43

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No.: 2;06CR285-WKW |
| | ) | |
| DARRYL ANDRE KENNEDY | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE

**COMES NOW, Deborah M. Nickson**, Attorney at Law, submit unto this
Honorable Court this foregoing Notice of Appearance as counsel for Defendant Darrell
Kennedy in the above-styled cause.

RESPECTFULLY submitted on this 12th day of January 2007.

Deborah M. Nickson
Attorney for Defendant Darrell Kennedy

**OF COUNSEL:**

**Deborah M. Nickson**
Attorney at Law
2820 Fairlane Drive, Ste, A-10
Montgomery, Alabama  36116
(334) 213-1233

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing Notice Of Appearance is served upon all Attorneys of record, by placing a copy of the same in the United States Mail, this the 12th day of January 2007 with postage prepaid and envelope properly addressed.

OF COUNSEL

U.S. Attorney Office/ Middle District
John T. Harmon, Esq.
Kent Brunson, Esq.
P.O. Box 197
Montgomery, Alabama   36101