IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| | ) |
| vs. | ) CASE NUMBER: 2:06-cr-00285-WKW. |
| | ) |
| DARRYL ANDRE KENNEDY, | ) |
| Defendant. | ) |

## MOTION FOR CONTINUANCE AND WAIVER OF SPEEDY TRIAL

Comes now Darryl Andre Kennedy, the defendant by and through his attorney and moves this Court for a continuance of the trial of this cause and further states that he waives his right to a speedy hearing and for a continuance of the trial of this case. As grounds therefore, movant states the following:

1. The defendant has a chronic physical illness with resulting pain and other ailments that prevents him from sitting for a significant period of time.

2. The government has provided defendant with a significant volumes of tapes of the alleged transactions between the defendants and other person on which the charges contained in the indictment are based, however the voices on the tapes are unintelligible resulting in increase time to be expanded in preparing for the defense of this case.

WHEREFORE, PREMISES CONSIDERED, the Defendant moves the Court to continue the trial of this case.

Dated: 2/14/07

Respectfully Submitted

Deborah M. Nickson
Attorney for Defendant
2820 Fairlane Drive, Ste, A-10
Montgomery, Alabama 36116
334-213-1233 Fax: 334-213-1234
Email: debnicks@bellsouth.net

_____
Darryl Kennedy
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing Motion for Continuance and Wavier of Speedy Trial is served upon all Attorneys of record, by placing a copy of the same in the United States Mail, this the ___14___th day of February 2007 with postage prepaid and envelope properly addressed.

_____
OF COUNSEL

Attorney for Defendant

DOJ-USA OFFICE
Kent Brunson
1 Court Square
P.O. Box 197
Montgomery, AL. 36101