IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| | ) |
| vs. | ) CASE NUMBER: 2:06-cr-00285-WKW. |
| | ) |
| DARRYL ANDRE KENNEDY, | ) |

## NOTICE OF ENTRAPMENT

Comes now the defendant by and through his attorney and states that he will assert entrapment as a defense to the charges contained in the indictment.

Dated: 2/14/07

Respectfully Submitted

Deborah M. Nickson
Attorney for Defendant
2820 Fairlane Drive, Ste, A-10
Montgomery, Alabama 36116
334-213-1233 Fax: 334-213-1234
Email: debnicks@bellsouth.net

Darryl Kennedy
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing Notice Of Entrapment is served upon all Attorneys of record, by placing a copy of the same in the United States Mail, this the ____th day of February 2007 with postage prepaid and envelope properly addressed.

/s/ Deborah M. /\
OF COUNSEL

Attorney for Defendant


DOJ-USA OFFICE
Kent Brunson
1 Court Square
P.O. Box 197
Montgomery, AL. 36101