| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 2/16/07 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:34 - 9:42 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.** | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:06cr285-WKW | **DEFENDANT(S):** Darryl Andre Kennedy |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Kent B. Brunson | | Deborah Moore Nickson |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**   Complete

☐ **PENDING MOTION STATUS:**   #10 Motion to Continue Trial
  #11 Motion to Suppress
  #13 Motion for Discovery

☐ **PLEA STATUS:**   No Negotiations

  **2 days for trial**

☐ **TRIAL STATUS**

  **4/23/07 Trial Term**

☐ **REMARKS:** Defendant to file a supplement to motion to continue to show no opposition by the government; Defense counsel to review original videos from the case agent to determine if they are more audible.