RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 FEB 26  A 11: 04

..A P. HACKETT. CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 2:06-cr-00285-WKW. |
| | ) | |
| DARRYL ANDRE KENNEDY, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED MOTION FOR CONTINUANCE AND WAIVER OF SPEEDY TRIAL**

Comes now Darryl Andre Kennedy, the defendant by and through his attorney and moves this Court to allow the Defendant to supplement his Motion For Continuance and Waiver of Speedy Trial filed on of the trial of this case. As grounds therefore, movant states the following:

1. The government was consulted about the above styled Motion and has indicated to this movant that the government does not object to this continuance.

WHEREFORE, PREMISES CONSIDERED, the Defendant moves the Court to continue the trial of this case.

Dated: 2/21/07

Respectfully Submitted

Deborah M. Nickson
Attorney for Defendant
2820 Fairlane Drive, Ste, A-10
Montgomery, Alabama 36116
334-213-1233 Fax: 334-213-1234
Email: debnicks@bellsouth.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a copy of the foregoing Amended Motion for Continuance and Wavier of Speedy Trial is served upon all Attorneys of record, by placing a copy of the same in the United States Mail, this the ___ day of February 2007 with postage prepaid and envelope properly addressed.

OF COUNSEL
Deborah M. Nickson
Attorney for Defendant

DOJ-USA OFFICE
Kent Brunson, Esq.
1 Court Square
P.O. Box 197
Montgomery, AL. 36101