IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 06CR285-WKW |
| | ) | |
| DARRYL ANDRE KENNEDY | ) | |

## ORDER ON MOTION

On February 15, 2007, the defendant filed a Motion to Discover Criminal Records of Witnesses (Doc. #13). Upon review of the government's response (Doc. #19) to the motion, and for good cause, it is

ORDERED that the motion (Doc. #13) is DENIED. The Government indicated in their response that they had communicated to counsel for the defendant "stating there was no witness in this case who had a criminal record".

DONE this 27th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE