IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-0285-WKW |
| ) | |
| DARRYL ANDRE KENNEDY ) | |
| ) | |

## **ORDER**

Upon consideration of the defendant's Amended Motion for Continuance (Doc. # 18), it is ORDERED that the motion is DENIED as MOOT as the court has already ruled upon the defendant's original motion.

DONE this 28th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE