IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 06CR285-WKW |
| | ) | |
| DARRYL ANDRE KENNEDY | ) | |

# **ORDER**

This matter is before the court on the Motion to Suppress Evidence (Doc. #11) filed by the defendant on February 15, 2007. On February 28, 2007, this court ordered the government to certify in writing on or before March 8, 2007, that it has fully and completely disclosed the tape recordings and provided defendant with a copy that is representative of the kind and quality that the government possesses, and it has done so. (Doc. #23).

If there is no response to plaintiff's filing (Doc. #23) by March 21st, 2007, this Court will view the defendant Motion (Doc. #11) as moot, and this Order will act as a denial of defendant motion.

Please note that attached to the Order on Arraignment is this Court's Standing Order on Criminal Discovery which provides that defendant confer with opposing counsel prior to filing the motion, and "no motion will be considered by the court unless it is accompanied by a certification of such conference and a statement of the moving party's good faith efforts

to resolve the subject matter of the motion by agreement with opposing counsel."

DONE this 14th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE