IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 06CR285-WKW |
| | ) | |
| DARRYL ANDRE KENNEDY | ) | |

# ORDER

There being no reply by defendant to plaintiff's Response to Motion (Doc. # 23) filed March 7, 2007, and pursuant to this Court's Order issued March 14, 2007 (Doc. #24) indicating that if no response is received by March 21st, 2007 this Court will view the defendant's Motion (Doc. #11) as moot, it is hereby

ORDERED that defendant's Motion to Suppress Evidence is denied.

DONE this 23rd day of March, 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE