IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
|     Plaintiff                * | |
| * | |
| V                             * Case No.: 2:06-cr-0285-WKW | |
| * | |
| **DARRYL ANDRE KENNEDY** * | |
|     Defendant.         * | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, the undersigned counsel for defendant, Darryl Andre Kennedy, in the above styled case, and respectfully notify this Most Honorable Court that the defendant will enter a guilty plea in this case.

**RESPECTFULLY submitted this the 26th day of <u>July</u>, 2007.**

                                                  <u>/s/ Deborah M. Nickson</u>
                                                  Deborah M. Nickson
                                                  Attorney for Darryl Andre Kennedy
                                                  2820 Fairlane Drive, Ste A-10
                                                  Montgomery, AL 36116
                                                  334-213-1233

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of July, 2007, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Deborah M. Nickson
OF COUNSEL

**Kent Brunson, Esq.**
**US Attorney Office**
**Middle District of Alabama**
**P.O. Box 197**
**Montgomery, Alabama   36101**