IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|     Plaintiff * | |
| * | |
| V * | Case No.: 2:06-cr-0285-WKW |
| * | |
| DARRYL ANDRE KENNEDY * | |
|     Defendant. * | |

## MOTION TO ACCEPT NOTICE OF INTENT AS TIMELY FILED

COMES NOW, the undersigned counsel for defendant, Darryl Andre Kennedy, in the above styled case, and respectfully ask of this Court to grant this Motion to Accept Notice of Intent as timely filed and as grounds therefore this movant avers the following:

1.    That this undersigned Attorney filed this Defendant's Notice of Intent to enter a guilty plea on July 26, 2007 which is one day beyond the Court's Order date of July 25, 2007.

2.    That said delay was at no fault of the Defendant but was due to clerical error of the undersigned Attorney's office.

3. That this Attorney contacted the Assistant United States Attorney the Hon. Kent Brunson and he does not have an objection to this Motion being granted if this Court so orders it.

**RESPECTFULLY submitted this the <u>26th</u> day of <u>July,</u> 2007.**

/s/ Deborah M. Nickson
Deborah M. Nickson
Attorney for Darryl Andre Kennedy
2820 Fairlane Drive, Ste A-10
Montgomery, AL 36116
334-213-1233

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of July, 2007, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/s/ Deborah M. Nickson
OF COUNSEL

**Kent Brunson, Esq.**
**US Attorney Office**
**Middle District of Alabama**
**P.O. Box 197**
**Montgomery, Alabama 36101**