**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 2:06-cr-285-WKW** |
| | ) | |
| **DARRYL ANDRE KENNEDY** | ) | |

## ORDER

Defendant's Motion to Accept Notice of Intent as Timely Filed (Doc. # 28) is GRANTED.

DONE this 26th day of July, 2007.

                                         /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE